01
02
03
04
05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

06

AT SEATTLE

07 MARK W. CRAIG,                              )    CASE NO. C07-1308-RSL
                                               )
08          Plaintiff,                         )
                                               )
09     v.                                      )
                                               )    ORDER OF REMAND
10 MICHAEL J. ASTRUE,                          )
Commissioner of Social Security,               )
11                                             )
            Defendant.                         )
12 _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14 memoranda of the parties, and the Report and Recommendation of United States Magistrate

15 Judge Mary Alice Theiler.  It is therefore ORDERED:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     The Court remands this matter for further administrative proceedings; and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 17th day of March, 2008.

20

21          _____
            Robert S. Lasnik
22          United States District Judge